# Ogletree Deakins

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:   10/22/2019

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:  212-492-2501
www.ogletreedeakins.com

Daniel M. Bernstein
212-492-2079
daniel.bernstein@ogletree.com

# MEMO ENDORSED

October 21, 2019

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

> A pre-motion conference will be held on November 6, 2019, at 3:00 p.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated:   10/22/2019
> New York, New York

RE:  *Wexler, et al. v. Allegion (UK) Limited, et al.*, No.: 1:16-cv-02252 (ER)
        *Schlage Lock Company LLC v. Wexler, et al.*, No.: 1:18-cv-04033 (ER)

Dear Judge Ramos:

We represent Allegion (UK) Limited ("Allegion") and Schlage Lock Company LLC ("Schlage") (collectively, "Defendants") in the above-referenced actions. A pre-motion/case management conference was scheduled before Your Honor for October 16 at 2:30 pm.  [D.E. 121]. At the request of Defendants, the conference was adjourned and Your Honor instructed the parties to confer regarding mutually agreeable dates to reschedule the conference.  [D.E. 123].  In accordance with Your Honor's instructions, the parties have conferred and we are available on November 6 for the conference. If the Court is unavailable on this date, the parties can confer and propose alternative dates. Finally, if the Court is available on November 6, the parties would like to schedule the conference for 2:30 pm, if the Court is available at that time.

Thank you for Your Honor's consideration of this letter.

Respectfully submitted

Daniel M. Bernstein

40414804.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington