UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS WEXLER, ZERO INTERNATIONAL REALTY CO., INC., ZERO OHIO, LLC, ZERO REALTY NC, LLC, 391 CONCORD AVENUE, INC, ZERO AMERICA LATINA, LTD., ZERO ASIA PACIFIC, LTD., and ZERO EAST, LTD.,

                Plaintiffs,

- against -

ALLEGION (UK) LIMITED, ALLEGION PLC, and SCHLAGE LOCK COMPANY LLC,

                Defendants.

**ORDER**

16 Civ. 2252 (ER)

SCHLAGE LOCK COMPANY, LLC,

                Counterclaimant,

- against -

ELIAS WEXLER,

                Counterclaim Defendant.

SCHLAGE LOCK COMPANY, LLC,

                Plaintiff,

- against -

JACOB WEXLER, and LEGACY MANUFACTURING LLC,

              Defendants.

18 Civ. 4033 (ER)

Ramos, D.J.:

On August 25, 2020, the Court denied in part and granted in part motions by the Plaintiffs and the Legacy Defendants (collectively, the "Wexler Parties") to compel Schlage's response to certain discovery requests, and for a protective order, in the two related cases captioned above. Doc. 159.[1] On September 8, 2020, the Wexler Parties moved for reconsideration of certain parts of the Court's opinion. Doc. 161; Doc. 47 in No. 18 Civ. 4033. On March 31, 2021, the Court denied the Wexler Parties' motion. Doc. 173. The Clerk is therefore respectfully directed to terminate Doc. 47, the motion in related case No. 18 Civ. 4033.

It is SO ORDERED.

Dated:   August 17, 2021
         New York, New York

_____
Edgardo Ramos, U.S.D.J.

---

[1] Unless otherwise noted, all citations to the record are to documents filed on the 16 Civ. 2252 docket. The corresponding document on the 18 Civ. 4033 docket is Doc. 45.